IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS JABER,<br><br>    Plaintiff,<br><br>  v.<br><br>BPI SPORTS LLC, et al.,<br><br>    Defendants. | Case No. 16-cv-05355-MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF COMPLAINT** |

On November 21, 2016, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, plaintiff is hereby DIRECTED to submit forthwith a chambers copy of his complaint, filed September 19, 2016.

**IT IS SO ORDERED.**

Dated: November 29, 2016

                                         MAXINE M. CHESNEY
                                         United States District Judge