VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS JABER, on behalf of himself, all others similarly situated and the general public,<br><br>         Plaintiff,<br><br>v.<br><br><br>BPI SPORTS, LLC, IMAGE SPORTS, LLC and BE POWERFUL, LLC,<br><br>         Defendants. | CASE NO.: 4:16-cv-05355-MMC<br><br>Hon. Maxine M. Chesney<br>Courtroom 7, 19th Floor<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY PENDING RULING ON DISPOSITIVE MOTION TO DISMISS**<br><br><br>Action Filed: September 19, 2016<br>Trial Date:    None set. |

Pursuant to Federal Rules of Civil Procedure 26, Defendants BPI SPORTS, LLC, IMAGE SPORTS, LLC and BE POWERFUL, LLC ("Defendants") submitted a motion to stay all discovery pending a ruling on Defendants' dispositive motion to dismiss. Plaintiff Nicholas Jaber has filed opposition, to which defendants have replied. **GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS THAT** Defendants' Motion to Stay is **GRANTED.** Specifically, discovery is stayed until the Court issues its ruling on defendants' pending motion to dismiss.

**IT IS SO ORDERED.**

Date: December 16, 2016

Hon. Maxine M. Chesney

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900