IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS JABER,<br><br>    Plaintiff,<br><br>    v.<br><br>BPI SPORTS LLC, et al.,<br><br>    Defendants. | Case No. 16-cv-05355-MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS; LIFTING DISCOVERY STAY**<br><br>Re: Dkt. No. 17, 36 |

Before the Court is defendants BPI Sports, LLC, Image Sports, LLC, and Be Powerful, LLC's "Motion to Dismiss the Complaint," filed November 21, 2016. Plaintiff Nicholas Jaber has filed opposition, to which defendants have replied. The matter came on regularly for hearing on January 20, 2017. Paul Kenneth Joseph of The Law Office of Paul K. Joseph, PC appeared on behalf of plaintiff. Matthew M. Gurvitz of Venable LLP appeared on behalf of defendants.

For the reasons stated on the record at the hearing, the motion is hereby GRANTED in part and DENIED in part as follows:

1. To the extent the motion seeks dismissal of plaintiff's prayer for injunctive relief, the motion is GRANTED.

2. In all other respects, the motion is DENIED.

In light of the above, the discovery stay issued December 16, 2016, is hereby LIFTED.

**IT IS SO ORDERED.**

Dated: January 20, 2017

                                                        MAXINE M. CHESNEY<br>
                                                        United States District Judge