1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS JABER, on behalf of himself, all others similarly situated and the general public,<br><br>Plaintiff,<br><br>v.<br><br>BPI SPORTS, LLC, IMAGE SPORTS, LLC, and BE POWERFUL, LLC,<br><br>Defendants. | CASE NO.: 3:16-cv-05355-MMC<br>Hon. Maxine M. Chesney<br>Courtroom 7, 19th Floor<br><br>ORDER<br>[PROPOSED] ORDRED GRANTING JOINT STIPULATION REQUESTING TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE<br><br>Date: February 9, 2017<br>Time: 10:30 a.m.<br>Action Filed: September 19, 2016<br>Trial Date: None set |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  WHEREAS, on November 30, 2016, the Court entered an Order (Dkt. No. 26, the "Order") setting the initial case management conference to Friday, February 24, 2017 at 10:30 am in Courtroom No. 7, 19th floor of the United States District Court for the Northern District Court of California in San Francisco, California.

WHEREAS, counsel for Defendants resides and works in Los Angeles, California, and in order to save the time and expense of travel would prefer to appear for the case management conference telephonically. Counsel for Defendants will be prepared and able to adequately address all of the matters referred to in the Order, and with authority to enter stipulations and make admissions pursuant to the Order.

WHEREAS, counsel for Plaintiff resides and works in San Diego, California, and in order to save the time and expense of travel would prefer to appear for the case management conference telephonically. Counsel for Plaintiff will be prepared and able to adequately address all of the matters referred to in the Order, and with authority to enter stipulations and make admissions pursuant to the Order.

WHEREAS, the Parties now request that the Court permit counsel for both Parties to appear telephonically for the February 24, 2017 Case Management Conference.

Based on the Parties' stipulation, and good cause appearing therefore, it is ordered as follows:

Counsel for both parties ~~are permitted to~~ shall appear telephonically for the February 24, 2017 Case Management Conference.

**IT IS SO ORDERED.**

Dated: February 13, 2017

The Honorable Maxine M. Chesney
United States District Judg.

1

*Jaber v. BPI Sports, LLC, et al.*
~~[PROPOSED]~~ ORDER