| | |
|---|---|
| **THE LAW OFFICE OF PAUL K. JOSEPH, PC**<br>PAUL K. JOSEPH (SBN 287057)<br>*paul@pauljosephlaw.com*<br>4125 W. Pt. Loma Blvd., No. 206<br>San Diego, CA 92110<br>Phone: (619) 767-0356<br>Fax: (619) 331-2943<br>*Attorney for Plaintiff and the Proposed Class* | **VENABLE LLP**<br>Daniel Silverman (SBN 137864)<br>dsilverman@venable.com<br>Matthew M. Gurvitz (SBN 272895)<br>mgurvitz@venable.com<br>2049 Century Park East, Suite 2300<br>Los Angeles, CA 90067<br>Telephone:  (310) 229-9900<br>Facsimile:  (310) 229-9901<br><br>Yevgeniya A. Titova (SBN 283002)<br>etitova@venable.com<br>505 Montgomery Street, Suite 1400<br>San Francisco, CA 94111 Telephone: (415) 653-3750<br>Facsimile:  (415) 653-3755<br>*Attorneys for Defendants*<br>*BPI SPORTS, LLC, IMAGE SPORTS, LLC*<br>*and BE POWERFUL, LLC* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS JABER, on behalf of himself, all others similarly situated and the general public,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BPI SPORTS, LLC, IMAGE SPORTS, LLC, and BE POWERFUL, LLC,<br><br>　　　　　　　Defendants. | Case No.: 3:16-cv-05355-MMC<br>Hon. Maxine M. Chesney<br>Courtroom 7, 19th Floor<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |

Plaintiff, Nicholas Jaber, and Defendants BPI Sports, LLC, Image Sports, LLC, and Be Powerful, LLC, hereby stipulate to dismissal of this action *with prejudice* as to the Plaintiff Nicholas Jaber's individual claims, and *without prejudice* as to the claims of the putative class.

Dated: April 25, 2017

/s/ Paul K. Joseph
**THE LAW OFFICE OF PAUL K. JOSEPH, PC**
PAUL K. JOSEPH
*paul@pauljosephlaw.com*
4125 W. Point Loma Blvd., No. 206
San Diego, CA 92110
Phone: (619) 767-0356
Fax: (619) 331-2943
***Attorney for Plaintiff and the Proposed Class***

Dated: April 25, 2017

/s/ Daniel Silverman
**VENABLE LLP**
Daniel Silverman
dsilverman@venable.com
Matthew M. Gurvitz
mgurvitz@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone:   (310) 229-9900
Facsimile:   (310) 229-9901

Yevgeniya A. Titova
etitova@venable.com
505 Montgomery Street, Suite 1400
San Francisco, CA 94111
Telephone:   (415) 653-3750
Facsimile:   (415) 653-3755
***Attorneys for Defendants***
***BPI SPORTS, LLC, IMAGE SPORTS, LLC***
***and BE POWERFUL, LLC***

*Jaber v. BPI Sports, LLC, et al.*
STIPULATION OF VOLUNTARY DISMISSAL

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system on April 25, 2017. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to those registered by operation of the Court's electronic filing system.

/s/ Paul K. Joseph
Paul K. Joseph