# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS JABER, on behalf of himself, all others similarly situated and the general public,<br><br>Plaintiff,<br><br>v.<br><br>BPI SPORTS, LLC, IMAGE SPORTS, LLC, and BE POWERFUL, LLC,<br><br>Defendants. | Case No.: 3:16-cv-05355-MMC<br>Hon. Maxine M. Chesney<br>Courtroom 7, 19th Floor<br><br>ORDER APPROVING **[PROPOSED] ORDRED GRANTING** STIPULATION OF VOLUNTARY DISMISSAL |

|  | Pursuant to Plaintiff Nicholas Jaber and Defendants BPI Sports, LLC, Image Sports, LLC, and Be Powerful, LLC's stipulation of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby Ordered: |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | Plaintiff Nicholas Jaber's individual claims are dismissed with prejudice, and the putative class' claims are dismissed without prejudice. |
| 5 | |
| 6 | **IT IS SO ORDERED.** |
| 7 | |
| 8 | Dated: April 26, 2017 |
| 9 | *[signature]* |
| 10 | The Honorable Maxine M. Chesney |
|  | United States District Judge |

*Jaber v. BPI Sports, LLC, et al.*
[~~PROPOSED~~] ORDER

1